IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES ALEXANDER,

        Plaintiff,                              No. 2:08-cv-2773 JFM (PC)

    vs.

CALIFORNIA DEPARTMENT OF                <u>ORDER</u>
CORRECTIONS, et al.,

        Defendants.

_____/

        Plaintiff is proceeding pro se and in forma pauperis with a civil rights complaint pursuant to 42 U.S.C. § 1983. On November 9, 2009, plaintiff filed a motion to stay this action while he pursues an interlocutory appeal. Good cause appearing, plaintiff's motion will be granted, and the action will be temporarily suspended.

        Accordingly, IT IS HEREBY ORDERED that plaintiff's November 9, 2009 motion to stay is granted. This action is stayed until the Court of Appeals for the Ninth Circuit addresses plaintiff's interlocutory appeal. Within fifteen days from the date of any order from the circuit, plaintiff shall file a request to lift the stay.

DATED: November 23, 2009.

                                                   UNITED STATES MAGISTRATE JUDGE

/001; alex2773.sty