1
2
3
4
5
6
7
8                       IN THE UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10    JAMES ALEXANDER,

11              Plaintiff,                    No. 2:08-cv-2773 MCE KJN P

12        vs.

13    CALIFORNIA DEPARTMENT
      OF CORRECTIONS, et al.,
14
                Defendants.                   ORDER
15
      _____/
16

17              Pursuant to plaintiff's requests filed May 24, 2010 (Dkt. Nos. 45, 46), the Clerk of

18    Court is hereby directed to send plaintiff one copy each of the following:  (1) plaintiff's Second

19    Amended Complaint filed February 12, 2009 (Dkt. No. 13) (13 pages); and (2) the order of this

20    court filed March 11, 2010 (Dkt. No. 34) (4 pages).

21              SO ORDERED.

22    DATED:  June 1, 2010

23
                                          _____
24                                        KENDALL J. NEWMAN
                                          UNITED STATES MAGISTRATE JUDGE
25

26    alex2773.copies

                                                1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26