IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **JAMES ALEXANDER,** | Case No. 2:08-CV-2773 KJN |
| Plaintiff, | |
| v. | |
| **CALIFORNIA DEPARTMENT OF CORRECTIONS, ET AL.,** | |
| Defendants. | **ORDER** |

For good cause shown, defendants' motion (Dkt. No. 90) to extend the deadline for filing a dispositive motion in this action is hereby granted. Defendants shall file their motion for summary judgment on or before April 15, 2011.

SO ORDERED.

DATED: April 6, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE